**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-03308 |
| | § | |
| STEVEN LEE FOLKERS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/15/2011. The undersigned trustee was appointed on 08/15/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $33.37 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,966.63 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/16/2012 and the deadline for filing government claims was 07/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $750.00, for a total compensation of $750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $223.96, for total expenses of $223.96.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2013         By:   /s/ Thomas L. Flynn
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 11-03308 | | Trustee Name: | Thomas L. Flynn |
| --- | --- | --- | --- | --- |
| Case Name: | FOLKERS, STEVEN LEE | | Date Filed (f) or Converted (c): | 08/15/2011 (f) |
| For the Period Ending: | 4/25/2013 | | §341(a) Meeting Date: | 09/12/2011 |
| | | | Claims Bar Date: | 07/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Homestead 14913 Garst Trail Indianola, Iowa 50125 Legally described as: Lot 3, LINCOLN ACRES, an Official Plat in Warren County, Iowa | $150,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $25.00 | $25.00 | | $0.00 | FA |
| 3 | Peoples Savings Bank checking account (negative balance of - $117.30) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Financial Plus Credit Union savings account ending in 9541 | $25.14 | $25.14 | | $0.00 | FA |
| 5 | Tradesman Credit Union savings account ending in 1805 | $100.15 | $100.15 | | $0.00 | FA |
| 6 | Tradesman Credit Union checking account ending in 1805 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Household goods, supplies, and furnishings | $4,647.00 | $0.00 | | $0.00 | FA |
| 8 | Books, pictures | $125.00 | $0.00 | | $0.00 | FA |
| 9 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 10 | 22 cal. rifle | $50.00 | $0.00 | | $0.00 | FA |
| 11 | 12 ga. shotgun | $100.00 | $0.00 | | $0.00 | FA |
| 12 | Electric guitar - $100 Accoustic guitar - $100 Amp - $50 | $250.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 11-03308 | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|
| Case Name: | FOLKERS, STEVEN LEE | Date Filed (f) or Converted (c): | 08/15/2011 (f) |
| For the Period Ending: | 4/25/2013 | §341(a) Meeting Date: | 09/12/2011 |
| | | Claims Bar Date: | 07/16/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | See attached list for debtor's interest in corporations and LLC's (The equity in the companies is based on "fair market value" of the properties only. This "fair market value" does not accurately reflect the true sales price in today's depressed real estate market. The properties at 2817 Cottage Grove, 3120 Kingman Blvd., and 3124 Kingman Blvd. have no equity when mortgages and delinquent real estate taxes are taken into account. The equity amounts for the remaining properties show full value, and are not discounted by the debtor's 50% interest, real estate taxes, realtor's commissions or closing costs (pro-rated taxes, abstracting, attorney fees, upkeep and repairs to ready the property for sale) or the equity to be paid to the additional interest holders. Any equity left over would be subject to additional debts and liabilities of each of the corporations and LLC's. In addition, withdrawal of the debtor as property manager from all these properties would further diminish their value | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 14 | 50% ownership in Folkers Construction, Inc. 100% ownership in FCI Property Management 100% ownership in 2906, LLC 50% ownership in CJK Enterprises 50% ownership in C&F Investments 50% ownership in D&H Properties 50% ownership in First American Land Holdings 50% ownership in RJD Properties | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 15 | Accrued wages | $1,409.25 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit A

| Case No.: | 11-03308 | | Trustee Name: | Thomas L. Flynn |
| Case Name: | FOLKERS, STEVEN LEE | | Date Filed (f) or Converted (c): | 08/15/2011 (f) |
| For the Period Ending: | 4/25/2013 | | §341(a) Meeting Date: | 09/12/2011 |
| | | | Claims Bar Date: | 07/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16  2010 federal and state income tax refunds (joint with non-filing spouse of approx. $3,000; debtor is unsure of his interest to be awarded in the refunds; the returns are as yet uncalculated due to a pending divorce; extension for filing requested) | $1,500.00 | $852.32 | | $0.00 | FA |
| 17  2008 Toyota Sequoia | $27,000.00 | $0.00 | | $0.00 | FA |
| 18  1991 Ford F250 | $500.00 | $500.00 | | $0.00 | FA |
| 19  2004 Chevrolet Silverado diesel (130,000 miles; wrecked and needs new tailgate and rear side panel; wheel rims rusted; chip in windshield; peeling paint on dash; scratched all over) | $13,000.00 | $2,000.00 | | $0.00 | FA |
| 20  2 standard poodles | $600.00 | $600.00 | | $0.00 | FA |
| 21  3 horse saddles | $200.00 | $200.00 | | $0.00 | FA |
| 22  Misc. horse tack | $100.00 | $100.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

| | $199,931.54 | $7,402.61 | | $3,000.00 | $0.00 |

**Major Activities affecting case closing:**
03/31/2012    Waiting for payment of $3,000 on Compromise entered with Debtor to purchase stock in companies.

**Initial Projected Date Of Final Report (TFR):**    07/31/2012    **Current Projected Date Of Final Report (TFR):**    07/31/2012    /s/ THOMAS L. FLYNN

THOMAS L. FLYNN

**FORM 2** — Page No: 1 — Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03308 | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|
| Case Name: | FOLKERS, STEVEN LEE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5006 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Steven Lee Folkers |
| For Period Beginning: | 8/15/2011 | Blanket bond (per case limit): | $20,548.00 |
| For Period Ending: | 4/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/28/2012 | (13) | 2906 LLC | | 1149-000 | $1,000.00 | | $1,000.00 |
| 08/28/2012 | (13) | 1122 LLC | | 1149-000 | $1,000.00 | | $2,000.00 |
| 08/28/2012 | (14) | Folkers Construction Services, LLC | | 1149-000 | $1,000.00 | | $3,000.00 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.93 | $2,999.07 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.21 | $2,994.86 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.83 | $2,990.03 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.98 | $2,985.05 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.50 | $2,980.55 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.80 | $2,975.75 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.33 | $2,971.42 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.79 | $2,966.63 |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $3,000.00 | $33.37 | $2,966.63 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| **Subtotal** | | $3,000.00 | $33.37 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $3,000.00 | $33.37 | |

| For the period of 8/15/2011 to 4/25/2013 | | For the entire history of the account between 08/28/2012 to 4/25/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,000.00 | Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 | Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $33.37 | Total Compensable Disbursements: | $33.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33.37 | Total Comp/Non Comp Disbursements: | $33.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03308 | | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|---|
| Case Name: | FOLKERS, STEVEN LEE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5006 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Steven Lee Folkers |
| For Period Beginning: | 8/15/2011 | | Blanket bond (per case limit): | $20,548.00 |
| For Period Ending: | 4/25/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $3,000.00 | $33.37 | $2,966.63 |

**For the period of 8/15/2011 to 4/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $33.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/15/2011 to 4/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $33.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT    Page No: 1    Exhibit C

| Case No.: | 11-03308 | | | Trustee Name: | Thomas L. Flynn |
| Case Name: | FOLKERS, STEVEN LEE | | | Date: | 4/25/2013 |
| Claims Bar Date: | 07/16/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | THOMAS L. FLYNN<br>666 Walnut Street, Suite 2000<br>Des Moines IA 50309 | 07/25/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $223.96 | $223.96 | $0.00 | $0.00 | $0.00 | $223.96 |
| | THOMAS L. FLYNN<br>666 Walnut Street, Suite 2000<br>Des Moines IA 50309 | 04/16/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |
| 1 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 282721083 | 04/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,785.53 | $1,785.53 | $0.00 | $0.00 | $0.00 | $1,785.53 |

**Claim Notes:**    unsecured credit card

| 2 | WILLIAM F. AND MARLA R. ROELANDT<br>501 Franklin St.<br>Bellevue IA 53201 | 04/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |

**Claim Notes:**    unsecured loan

| 3 | CAPITAL ONE, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 07/12/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $966.11 | $966.11 | $0.00 | $0.00 | $0.00 | $966.11 |

**Claim Notes:**    unsecured credit card

| 4 | DR. DAVID BREWBAKER<br>12220 168th Ave<br>Indianola IA 50125 | 07/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,644.00 | $7,644.00 | $0.00 | $0.00 | $0.00 | $7,644.00 |

**Claim Notes:**    unsecured services

| | | | | | | $19,369.60 | $19,369.60 | $0.00 | $0.00 | $0.00 | $19,369.60 |

CLAIM ANALYSIS REPORT                                   Page No: 2                  Exhibit C

| Case No. | 11-03308 | Trustee Name: | Thomas L. Flynn |
| --- | --- | --- | --- |
| Case Name: | FOLKERS, STEVEN LEE | Date: | 4/25/2013 |
| Claims Bar Date: | 07/16/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured § 726(a)(2) | $18,395.64 | $18,395.64 | $0.00 | $0.00 | $0.00 | $18,395.64 |
| Trustee Compensation | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |
| Trustee Expenses | $223.96 | $223.96 | $0.00 | $0.00 | $0.00 | $223.96 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-03308
Case Name: STEVEN LEE FOLKERS
Trustee Name: Thomas L. Flynn

Balance on hand: $2,966.63

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,966.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Thomas L. Flynn, Trustee Fees | $750.00 | $0.00 | $750.00 |
| Thomas L. Flynn, Trustee Expenses | $223.96 | $0.00 | $223.96 |

Total to be paid for chapter 7 administrative expenses: $973.96
Remaining balance: $1,992.67

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,992.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,992.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $18,395.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,785.53 | $0.00 | $193.42 |
| 2 | William F. and Marla R. Roelandt | $8,000.00 | $0.00 | $866.58 |
| 3 | Capital One, N.A. | $966.11 | $0.00 | $104.65 |
| 4 | Dr. David Brewbaker | $7,644.00 | $0.00 | $828.02 |

Total to be paid to timely general unsecured claims: $1,992.67
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**