IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-03308 |
| | ) | |
| FOLKERS, STEVEN LEE | ) | |
| | ) | |
| Debtor | | |

**WITHDRAWAL OF TRUSTEE'S FINAL REPORT**

COMES NOW Thomas L. Flynn, and hereby withdraws his Final Report filed May 1, 2013 (Docket No. 29) for the reason that the Trustee will be filing a corrected Final Report in the near future.

DATED: June 19, 2013.

*/s/ Thomas L. Flynn*
Thomas L. Flynn          IS9999918
666 Walnut Street Suite 2000
Des Moines, Iowa  50309
(515) 243-7100

CERTIFICATE OF SERVICE

This document was served electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing this 19th day of June, 2013.

*s/ Angela Nemechek*
Angela Nemechek